394 P.3d 790

**DEUTSCHE BANK NATIONAL TRUST, as trustee for Wamu Series 2007-HE1 Trust, Plaintiff-Appellee,**

v.

**Dennis MCRAE, Defendant-Appellant**

**NO. CAAP-16-0000714**

Intermediate Court of Appeals of Hawaiʻi.

May 17, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 11-1-0307)

**561**

SUMMARY DISPOSITION ORDER

Affirm.